# EXHIBIT "G"



One Holtec Drive, Suite 102, Marlton, NJ 08053 | Phone: (856) 427-4343 | Fax: (856) 427-0180
_____

# *** SEARCH INVOICE ***

**June 23, 2022**

Chartwell Law
970 Rittenhouse Road
Eagleville, PA  19403

**Re:**  File Number:    **P614912**
  Premises:    **701 West Delilah Road, Pleasantville, NJ  08232**
  Owner(s):    **701 Delilah, LLC**


  Search Fee                    $250.00


**\*\*\*PLEASE REFERENCE OUR FILE NUMBER WHEN REMITTING PAYMENT\*\*\***
***** This invoice supersedes any/all prior invoices *****

**NATIONAL INTEGRITY TITLE AGENCY**

One Holtec Drive, Suite 102, Marlton, NJ 08053 | Phone: (856) 427-4343 | Fax: (856) 427-0180

_____

**June 23, 2022**

Chartwell Law
Via email

Re:    Commitment for Title Insurance

    File Number:    **P614912**
    Premises:    **701 West Delilah Road, Pleasantville, NJ  08232**
    Owner(s):    **701 Delilah, LLC**

Dear Chartwell Law,

Thank you for choosing National Integrity Title Agency. Enclosed please find the following concerning the above referenced transaction.

(XX)  Search Report

If you should have any questions or comments concerning the enclosed, please do not hesitate to contact our office. We look forward to working with you again in the near future.

Very truly yours,

*National Integrity Title Agency*

Enclosures
cc:

# SEARCH REPORT

File No.: **P614912**

1. Effective Date: May 11, 2022

    Termination Date: 180 days after effective date

2. Fee interest in the land described in this search is owned, at the Effective Date, by:

    701 Delilah, LLC by Deed from East Waveland Co., LLC, dated July 23, 2018, recorded August 30, 2018, Instrument No. 2018044903.

3. The land referred to in this Search is described as follows:

    **For information only:** Being known as Lot 5 in Block 164, on the official tax map of Pleasantville City, County of Atlantic, in the State of NJ.

    **The mailing address is:** 701 West Delilah Road, Pleasantville, NJ  08232

# REQUIREMENTS

File No.: **P614912**

The following requirements must be met:

1. New Jersey Superior Court, United States District Court, and United States Bankruptcy Court searches: See Attached.

2. MORTGAGE: 701 Delilah, LLC to Sharestates Investments DACL, LLC, dated August 14, 2018, recorded August 30, 2018, in Instrument No. 2018044904, given to secure the sum of $1,208,000.00. Covers the premises in question.

3. FINANCING STATEMENT: 701 Delilah LLC Debtor and Sharestates Investments DACL, LLC Secured Party, Filed August 30, 2018, Instrument No. 2018044905, in the office of the Atlantic County Clerk.

4. MORTGAGE: 701 Delilah, LLC to Gudz Solutiions Limited Liability Company, dated February 5, 2020, recorded April 13, 2020, in Instrument No. 2020019750, given to secure the sum of $1,695,000.00. Covers the premises in question.

    ASSIGNMENT OF MORTGAGE to PS Funding, Inc., recorded June 26, 2020, in Instrument No. 2020032737.

5. NOTICE OF LIS PENDENS: filed November 5, 2020, Superior Court of New Jersey, Chancery Division, Atlantic County, Docket No. F-008846-20, PS Funding, Inc. vs. 701 Delilah, LLC and Michael Uhr and John Doe 1-10 and Jane Doe 1-10 and The State of New Jersey, object to foreclose mortgage recorded in Instrument No. 2020019750.

6. TAX SALE CERTIFICATE: Certificate No. 18-00283, Sold to ATCF II NEW JERSEY LLC TAXSERV on Deember 28, 2018, recorded April 3, 2019 in Instrument No. 2019017654, in the original amount of $20,119.71.

7. TAX SALE CERTIFICATE: Certificate No. 20-00205, Sold to ATCF II NEW JERSEY LLC TAXSERV on December 18, 2020, recorded March 17, 2021 in Instrument No. 2021015644, in the original amount of $44,481.28.

# LEGAL DESCRIPTION

File No.: **P614912**

All that certain lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in Pleasantville City, County of Atlantic, State of New Jersey:

Beginning the southerly end of the curve connecting the westerly line of Mill Road (25 feet from center line) with the southwesterly line of Delilah Road (45 feet from center line); and thence running

1. South 07 degrees 22 minutes 50 seconds West along said line of Mill Road, a distance of 374.20 feet to the division line between Lots 5 and 5.02 in Block 164 on below mentioned plan; thence

2. North 59 degrees 38 minutes 30 seconds West along the last mentioned division line and parallel with Delilah Road, a distance of 355.85 feet to an angle point in same; thence

3. South 30 degrees 21 minutes 30 seconds West along the last mentioned division line and parallel with Delilah Road, a distance of 10.00 feet to the division line between Lot 5 and 5.01 in Block 164 (tax map designation); thence

4. North 59 degrees 38 minutes 30 seconds West, along the last mentioned division line and parallel with Delilah road, a distance of 68.06 feet to an angle point in same; thence

5. North 30 degrees 21 minutes 30 seconds East, continuing along the last mentioned division line and at right angles to Delilah Road, a distance of 369.75 feet to the aforesaid southwesterly line of Delilah Road; thence

6. South 59 degrees 38 minutes 30 seconds East, along said line of Delilah Road, a distance of 254.82 feet to a point of curvature; thence

7. Southeastwardly along the aforesaid connecting curve, curving to the right, having a radius of 25.00 feet and a central angle of 67 degrees 01 minutes 20 seconds, an arc distance of 29.24 feet to a point of tangency being the point and place of beginning.

FOR INFORMATION PURPOSE ONLY: Being known as Tax Lot 5, Tax Block 164 on the Official Tax Map of Pleasantville City, State of New Jersey. Commonly known as 701 West Delilah Road, Pleasantville, NJ  08232.

|  |  |
|---|---|
| THE STATE CAPITAL TITLE & ABSTRACT CO. | JUDGMENT SEARCH<br>SUPERIOR COURT OF NEW JERSEY<br>US DISTRICT COURT OF NJ |
| HEREBY CERTIFIES TO | US BANKRUPTCY COURT OF NJ |

REF: P614912

NATIONAL INTEGRITY, LLC (RESWARE)
ONE HOLTEC DRIVE, STE 102
MARLTON, NJ 08053

THAT IT HAS SEARCHED THE INDEX OF THE CIVIL JUDGMENT AND ORDER DOCKET OF THE SUPERIOR COURT OF NEW JERSEY AND THE INDICES OF THE UNITED STATES DISTRICT COURT AND UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEW JERSEY, AND FINDS THERE TO BE NO JUDGMENT OR OTHER DOCKETED RECORD REFERRED TO WITHIN THE AFORESAID COURT INDICES, CONSTITUTING A GENERAL LIEN ON REAL PROPERTY IN NEW JERSEY, WHICH REMAINS UNSATISFIED OF RECORD, NOR DOES IT FIND ANY CERCLA LIEN ON SPECIFIC REAL PROPERTY WITHIN NEW JERSEY, NOR ANY PETITION COMMENCING PROCEEDINGS IN A BANKRUPTCY ACTION, AGAINST THE NAMES SEARCHED, ENTERED OR FILED DURING THE PERIOD SEARCHED, EXCEPT AS FOLLOWS:

|  | FROM | TO |
|---|---|---|
| 701 DELILAH, LLC (ENTITY) | 06-10-2002 | 06-10-2022 |

*** CLEAR ***

DATED: 06/10/2022
TIME:  11:43 AM

The State Capital Title & Abstract Co.
P.O. Box 1477
Trenton, NJ 08607
(609) 771-4301
www.statecapital.net

174        6814170        7805406

**Priority Search Services LLC**

*Personal Service. Dependable Results.*

788 Shrewsbury Avenue, Suite 2131, Tinton Falls, New Jersey 07724
Phone: (732) 741-5080 - Fax: (732) 741-5068

# NATIONAL INTEGRITY TITLE AGENCY                                    Title #: **P614912**

| | |
|---|---|
| BLOCK: | **164** LOT: **5** |
| OWNER: | **701 DELILAH LLC & SEVEN, O ONE DEL** |
| MAIL: | 2709 JENNER DR. UNIT E BALTIMORE, MD 21209 |
| LOCATION: | **701 W DELILAH RD** |

CITY OF PLEASANTVILLE, ATLANTIC COUNTY (609) 484-3631
CITY HALL, 18 N. FIRST ST., PLEASANTVILLE, NJ 08232
TAX COLLECTOR: (609) 484-3630  TAX ASSESSOR: (609) 484-3634

*2021 TAX RATE: 4.794; 2022 AVERAGE RATIO: 92.54; CERTIFICATE OF OCCUPANCY FOR SALE OF A 1 OR 2 FAMILY HOME REQUIRED; ORD# 16-2015 VACANT/ABANDONED PROPERTY REGISTRATION REQUIRED- INITIAL FEE $500, ESCALATING ANNUAL RENEWAL FEES; SMOKE DETECTOR CERTIFICATE REQUIRED; MUNICIPAL CODE: 0119*

| | | | |
|---|---|---|---|
| APPROX. LOT SIZE: | **2.89 AC** | LAND VALUE: | **$366,800** |
| BUILDING DESCRIPTION: | **2S M&B** | IMPROVEMENT VALUE: | **$895,500** |
| ASSESSOR'S CODE: | **4B-INDUSTRIAL** | TOTAL ASSESSMENT: | **$1,262,300** |
| EXEMPTIONS: | NONE | | |
| ABATEMENT OF: | NONE | | |

| | |
|---|---|
| 2021 TAXES: | **$60,514.66 TRANSFERRED TO LIEN** |
| 2022 QTR 1 (1/1-3/31) DUE 2/1: | **$15,128.67 TRANSFERRED TO LIEN** |
| QTR 2 (4/1 - 6/30) DUE 5/1: | **$15,128.66 TRANSFERRED TO LIEN** |
| QTR 3 (7/1 - 9/30) DUE 8/1: | **$15,961.79 OPEN & DUE 08/01/2022** - *SEE NOTE 1* |
| QTR 4 (10/1 - 12/31) DUE 11/1: | **TAXES REMAIN TO BE DETERMINED** |
| 2023 QTR 1 (1/1-3/31) DUE 2/1: | **TAXES REMAIN TO BE DETERMINED** |
| QTR 2 (4/1 - 6/30) DUE 5/1: | **TAXES REMAIN TO BE DETERMINED** |

MAIL TAX PAYMENTS TO: CITY OF PLEASANTVILLE, TAX COLLECTOR, CITY HALL, 18 N. FIRST ST., PLEASANTVILLE, NJ 08232

*NOTE 1 - 3RD QUARTER REFLECTS ESTIMATED BILL; ADJUSTMENT TO BE MADE TO 4TH QUARTER TAXES*

| | |
|---|---|
| ADDED ASSESSMENT:<br>*BILLED ANNUALLY* | **NO BILL AS OF 06/21/2022; VERIFY WITH OWNER THAT NO TAXABLE IMPROVEMENTS HAVE BEEN MADE SINCE 10/01/2021** |
| LIENS:<br>*CONTACT TAX OFFICE FOR PAY-OFF/PAYMENT INFORMATION* | **2020 THIRD PARTY SOLD ON 12/18/2020 CERT.#: 20-00205**<br>**SALE AMT: $44,481.28 + SUBSEQUENT PAYMENTS + INT.**<br>**SOLD TO: ATCF II NEW JERSEY LLC TAXSERV**<br>**CURRENT APPROX. BALANCE: $138,317.43 + INTEREST** |
| CONFIRMED ORDINANCE: | **NONE** |
| SPECIAL ORDINANCE: | **NONE** |
| VPR: | **ORD #: 16-2015 ADOPTED ON: 10/21/2015**<br>**TYPE: VACANT/ABANDONED PROPERTY REGISTRATION REQUIRED;**<br>**INITIAL FEE $500; ESCALATING ANNUAL RENEWAL;**<br>**CONTACT: CODE ENFORCEMENT @ (609) 677-4925 FOR OPEN/DUE FEES** |

---

*THE CONTENT OF THE ABOVE REPORT IS ACCURATE ACCORDING TO THE TOWN RECORDS DATING 6/21/2022*

Page 1 of 2

**Priority Search Services** LLC

*Personal Service. Dependable Results.*

788 Shrewsbury Avenue, Suite 2131, Tinton Falls, New Jersey 07724
Phone: (732) 741-5080 - Fax: (732) 741-5068

**NATIONAL INTEGRITY TITLE AGENCY**  Title #: **P614912**

| | |
|---|---|
| WATER ACCOUNT # | **PRIVATE - NJ AMERICAN WATER COMPANY @ (800) 272-1325** <br> **FINAL READING & SETTLEMENT AMOUNT DUE REQUIRED** |
| SEWER ACCOUNT # | **2044-0 12/01/21-11/30/22 $1,375.00 OPEN + PENALTY** <br> **BILLED BASED ON CONSUMPTION THRU 6/30/21** <br> **BILLED ANNUALLY; CONTACT: (609) 484-3631** |

*THE CONTENT OF THE ABOVE REPORT IS ACCURATE ACCORDING TO THE TOWN RECORDS DATING 6/21/2022*

81384



INST # 2021015644
RECORDED 03/17/2021 VOL 14964
RCPT # 1590088 RECD BY MP (3 PGS)
EDWARD P. McGETTIGAN, COUNTY CLERK
ATLANTIC COUNTY, NJ

 **Atlantic County Document Summary Sheet**

| | Return Name and Address |
|---|---|
| ATLANTIC COUNTY CLERK 5901 MAIN ST MAYS LANDING, NJ 08330 | TAXSERV CAPITAL SERVICES FL, LLC 400 N. CONGRESS AVE, SUITE 101 WEST PALM BEACH, FL 33401 |

Official Use Only

| Submitting Company | TAXSERV CAPITAL SERVICES FL, LLC |
|---|---|
| Document Date (mm/dd/yyyy) | 12/18/2020 |
| Document Type | TAX SALE CERTIFICATE |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 3 |
| Consideration Amount (If applicable) | |

| | Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|
| **First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names) | 701 DELILAH LLC & SEVEN, O ONE DEL | |

| | Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|
| **Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names) | ATCF II NEW JERSEY LLC TAXSERV AS CUST | |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information** (Enter up to three entries) | Pleasantville | 164 | 5 | | 701 W DELILAH RD |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information** (Enter up to three entries) | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

Book14964   CFN#2021015644                                        Page 1 of 3

81384

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

**CERTIFICATE No. 20-00205**

I, FLOR M ROMAN, COLLECTOR OF TAXES of the taxing district of the CITY of PLEASANTVILLE in the COUNTY of ATLANTIC and State of New Jersey, do hereby certify that on the 18th day of December, 2020 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statues of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to ATCF II NEW JERSEY LLC TAXSERV whose address is AS CUST PO BOX 69239, BALTIMORE, MD 21264-9239 for Forty Four Thousand Four Hundred Eighty One dollars and Twenty Eight cents, the land in said taxing district described as Block No. 164 Lot No. 5, and known as 701 W DELILAH RD, on the tax duplicate thereof and assessed thereon to 701 DELILAH LLC & SEVEN, O ONE DEL.

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

| | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2020 | 41,255.08 | 3,076.20 | 44,331.28 |
| Total Sale of Cost | 150.00 | | 150.00 |
| Total | | | 44,481.28 |
| Premium (if any) Paid | 92,700.00 | | |

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2020; municipal authority charges accruing after December 31, 2020 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 18th day of December, 2020.

STATE OF NEW JERSEY
COUNTY OF : ATLANTIC

_____, COLLECTOR OF TAXES
FLOR M ROMAN

BE IT REMEMBERED, that on this 18th day of December 2020 before me a Notary Public of New Jersey, personally appeared FLOR M ROMAN, the Collector of Taxes of the taxing district of CITY OF PLEASANTVILLE in the County of ATLANTIC, who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _____, PREPARER    _____, NOTARY PUBLIC
FLOR M ROMAN                                NAEMI LUGO -COMM EXP 11-4- 21

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.
DLGS Rev. 10/99

## AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.

_____
Name of Municipality

BY: _____    ATTEST: _____

(NJSA 46:18-6 & 54: 5-55)

_____        _____
Mayor                          Municipal Clerk

Seal of Municipality to be affixed

Please Record and Return To:
TaxServ Capital Services FL, LLC
400 N. Congress Ave, Suite 101
West Palm Beach, FL 33401

Tax Sale Certificate

No. ____

Collector of Taxes

Municipality of _____ County, New Jersey

Received in the Register Office of the County of _____ New Jersey

Entered ____ Compared ____ Checked ____

on the ____ day of ____ A.D. 20__, at ____ o'clock in the noon and for said County on Pages ____ Recorded in Book ____

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.

_____
Name of Corporation

BY: _____    ATTEST: _____
       President                         Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDIUAL

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____        _____
A Notary Public of New Jersey    Signature of Holder of Certificate

Book14964    CFN#2021015644                                    Page 3 of 3

36771



INST # 2019017654
RECORDED 04/03/2019 VOL 14586
RCPT # 1463302 RECD BY YW (3 PGS)
EDWARD P. McGETTIGAN, COUNTY CLERK
ATLANTIC COUNTY, NJ

 **Atlantic County Document Summary Sheet**

| | Return Name and Address |
|---|---|
| ATLANTIC COUNTY CLERK<br>5901 MAIN ST<br>MAYS LANDING, NJ 08330 | TAXSERV CAPITAL SERVICES LLC<br>400 NORTH CONGRESS AVE, SUITE 101<br>WEST PALM BEACH, FL 33401 |

Official Use Only

| Submitting Company | TAXSERV CAPITAL SERVICES LLC |
|---|---|
| Document Date (mm/dd/yyyy) | 12/28/2018 |
| Document Type | TAX SALE CERTIFICATE |
| No. of Pages of the Original Signed Document (Including the cover sheet) | 3 |
| Consideration Amount (If applicable) | |

| | Name(s) (Last Name, First Name Middle Initial, Suffix) (or Company Name as written) | Address (Optional) |
|---|---|---|
| **First Party** (Grantor or Mortgagor or Assignor) (Enter up to five names) | 701 DELILAH LLC & SEVEN, O ONE DEL | |
| **Second Party** (Grantee or Mortgagee or Assignee) (Enter up to five names) | ATCF II NEW JERSEY LLC TAXSERV AS CUST | |

| | Municipality | Block | Lot | Qualifier | Property Address |
|---|---|---|---|---|---|
| **Parcel Information** (Enter up to three entries) | Pleasantville | 164 | 5 | | 701 W DELILAH RD |

| | Book Type | Book | Beginning Page | Instrument No. | Recorded/File Date |
|---|---|---|---|---|---|
| **Reference Information** (Enter up to three entries) | | | | | |

*DO NOT REMOVE THIS PAGE*
DOCUMENT SUMMARY SHEET (COVER SHEET) IS PART OF ATLANTIC COUNTY FILING RECORD. RETAIN THIS PAGE FOR FUTURE REFERENCE.

Book14586    CFN#2019017654                                    Page 1 of 3

# CERTIFICATE OF SALE
## FOR UNPAID MUNICIPAL LIENS

36771

CERTIFICATE No. 18-00283

I, FLOR M ROMAN, COLLECTOR OF TAXES of the taxing district of the CITY of PLEASANTVILLE in the COUNTY of ATLANTIC and State of New Jersey, do hereby certify that on the 28th day of December, 2018 at a public sale of lands for delinquent municipal liens, pursuant to the Revised Statutes of New Jersey, 1937, Title 54, Chapter 5, and the amendments and supplements thereto I sold to ATCF II NEW JERSEY LLC TAXSERV

whose address is AS CUST PO BOX 54972, NEW ORLEANS, LA 70154

for Twenty Thousand One Hundred Nineteen dollars and Seventy One cents, the land in said taxing district described as Block No. 164 Lot No. 5, on the tax and known as 701 W DELILAH RD duplicate thereof and assessed thereon to 701 DELILAH LLC & SEVEN, O ONE DEL

## THE AMOUNT OF THE SALE WAS MADE UP OF THE FOLLOWING ITEMS:

|  | AMOUNT | INTEREST | TOTAL |
|---|---|---|---|
| Taxes For: 2018 | 19,439.44 | 530.27 | 19,969.71 |
| Assessments For Improvements |  |  |  |
| Total Cost of Sale | 150.00 |  | 150.00 |
| Total |  |  | 20,119.71 |
| Premium (if any) Paid | 10,200.00 |  |  |

Said sale is subject to redemption on repayment of the amount of sale, together with interest at the rate of 0.00 per centum per annum from the date of sale, and the costs incurred by the purchaser as defined by statute. The sale is subject to municipal charges accruing after December 31, 2018; municipal authority charges accruing after December 31, 2018 and assessment installments not yet due, amounting to 0.00 dollars and interest thereon.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 28th day of December, 2018

STATE OF NEW JERSEY
COUNTY OF: ATLANTIC

_(signature)_ FLOR M ROMAN, COLLECTOR OF TAXES

BE IT REMEMBERED, that on this 28th day of December, 2018 before me a Notary Public of New Jersey, personally appeared FLOR M ROMAN the Collector of Taxes of the taxing district of CITY OF PLEASANTVILLE in the County of ATLANTIC who, I am satisfied, is the individual described herein, and who executed the above Certificate of Sale; and I having made known to him the contents thereof, he thereupon acknowledged to me that he signed, sealed and delivered the same as his voluntary act and deed, for the uses and purposes therein expressed.

Prepared By: _(signature)_ FLOR M ROMAN, PREPARER

_(signature)_ NAEMI LUGO-COMM EXP 11-4-21, NOTARY PUBLIC

NOTE: NJSA 46:15-3 requires that all signatures appearing on the certificate, those of the collector, the Notary Public who takes this acknowledgement, and the preparer shall be printed, typed or stamped underneath such signature the name of the person that signed.

DLGS Rev. 10/99  MGL PRINTING SOLUTIONS TC62

## AUTHORIZATION FOR CANCELLATION OF RECORD BY MUNICIPALITY

The within certificate has been duly paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Municipality

BY: _____    ATTEST: _____
Mayor                                                           Municipal Clerk

(NJSA 46:18-6 & 54: 5-55)

Seal of Municipality to be affixed

Please Record and Return to:
TaxServ Capital Services FL, LLC
400 N. Congress Ave, Suite 101
West Palm Beach, FL 33401

**Tax Sale Certificate**

No. _____

Municipality of _____, County, New Jersey

Collector of Taxes

To _____

Entered ____  Compared ____  Checked ____

Received in the Register Office of the County of _____ New Jersey

on the ____ day of ____ A.D. 20__, at ____ o'clock in the noon and for said

Recorded in Book ____ County on Pages ____

## AUTHORIZATION FOR CANCELLATION OF RECORD BY A PRIVATE CORPORATION

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record. _____

Name of Corporation

BY: _____    ATTEST: _____
President                                                          Secretary

Corporate Seal to be affixed

## AUTHORIZATION FOR CANCELLATION OF RECORD BY AN INDIVIDUAL

The within certificate has been fully paid and satisfied and the County Recording Officer is hereby authorized to cancel the same of record.
The above signature is certified to as genuine.

_____    _____
A Notary Public of New Jersey                                        Signature of Holder of Certificate



# Atlantic County
## Document Summary Sheet

ATLANTIC COUNTY CLERK

5901 MAIN ST

MAYS LANDING NJ 08330 1797

ATLANTIC COUNTY, NJ
EDWARD P. McGETTIGAN, COUNTY CLERK
RECORDED 08/30/2018 16:22:52
RCPT # 1420938    RECD BY E-RECORD
NAME FEE
RECORDING FEES 25.00
INSTRUMENT# 2018044905
VOL 14479  PAGE 1 OF 5

**Official Use Only**

| Transaction Identification Number | 3545939 | 3010986 |
|---|---|---|
| Submission Date (mm/dd/yyyy) | 08/16/2018 | **Return Address** *(for recorded documents)* |
| No. of Pages (excluding Summary Sheet) | 3 | BETTER RESEARCH LLC |
| Recording Fee (excluding transfer tax) | $25.00 | 1 PARAGON DRIVE |
| Realty Transfer Tax | $0.00 | MONTVALE, NJ 07645 |
| Total Amount | $25.00 | |
| Document Type | FINANCING STATEMENT | |

**Municipal Codes**

PLEASANTVILLE    20

Batch Type    L2 - LEVEL 2 (WITH IMAGES)

**Bar Code(s)**

225924

**Additional Information (Official Use Only)**

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ATLANTIC COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

E74CB466-9F21-CD44-F92D-7C0C3791E827/3545939 3010986    Page 1 of 2



## Atlantic County
## Document Summary Sheet

| | Type | FINANCING STATEMENT | | | |
|---|---|---|---|---|---|
| | Consideration | | | | |
| | Submitted By | SIMPLIFILE, LLC. (SIMPLIFILE) | | | |
| | Document Date | 08/14/2018 | | | |
| | Reference Info | | | | |
| | Book ID | Book | Beginning Page | Instrument No. | Recorded/File Date |
| | | | | | |
| **FINANCING STATEMENT** | DEBTOR | Name | | Address | |
| | | 701 DELILAH LLC | | 9 ENGLEBERG TERRACE, LAKEWOOD, NJ 08701 | |
| | SECURED PTY | Name | | Address | |
| | | SHARESTATES INVESTMENTS DACL LLC | | 11 MIDDLE NECK ROAD SUITE 400A, GREAT NECK, NY 11021 | |
| | Parcel Info | | | | |
| | Property Type | Tax Dist. | Block | Lot | Qualifier | Municipality |
| | | 20 | 164 | 5 | | 20 |

*\* DO NOT REMOVE THIS PAGE.*
*COVER SHEET [DOCUMENT SUMMARY FORM] IS PART OF ATLANTIC COUNTY FILING RECORD.*
*RETAIN THIS PAGE FOR FUTURE REFERENCE.*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Sharestates Investments LLC 212-201-0750

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)
Sharestates Investments DACL LLC
11 Middle Neck Road, Suite 400A
Great Neck, NY 11021

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

- 1a. ORGANIZATION'S NAME: **701 Delilah LLC**
- 1c. MAILING ADDRESS: 9 Engleberg Terrace | CITY: Lakewood | STATE: NJ | POSTAL CODE: 08701 | COUNTRY: USA

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE or ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

- 3a. ORGANIZATION'S NAME: **SHARESTATES INVESTMENTS DACL, LLC**
- 3c. MAILING ADDRESS: 11 MIDDLE NECK ROAD, SUITE 400A | CITY: GREAT NECK | STATE: NY | POSTAL CODE: 11021 | COUNTRY: USA

**4. This FINANCING STATEMENT covers the following collateral:**

All of Debtor(s) right, title and interest in and to the premises described on attached Schedule A including any and all Fixtures and Equipment now owned or hereinafter affixed to, or used in connection with the premises described on attached Schedule A and any and all replacements thereof and additions thereto and in the proceeds, rents, issues, profits, and Accounts and General Intangibles arising therefrom

This Financing Statement will not terminate until the UCC Termination Statement is filed.

**5. ALTERNATIVE DESIGNATION** (if applicable): LESSEE/LESSOR, CONSIGNEE/CONSIGNOR, BAILEE/BAILOR, SELLER/BUYER, AG. LIEN, NON-UCC FILING

**6.** [X] This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable)

**7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] (optional) — All Debtors, Debtor 1, Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

INSTRUMENT # 2018044905 E-RECORD PAGE 3 OF 5

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME: 701 Delilah LLC

9b. INDIVIDUAL'S LAST NAME / FIRST NAME / MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11d. SEE INSTRUCTIONS: Not Applicable

12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☑ fixture filing.

14. Description of real estate:

701 W. Delilah Road
Pleasantville, NJ 08232

Block 164
Lot 5
Atlantic County

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

INSTRUMENT # 2018044905 E-RECORD PAGE 4 OF 5

# RIDER A
## TO FINANCING STATEMENT FILED BY
### SHARESTATES INVESTMENTS DACL, LLC ("SECURED PARTY") AGAINST
### 701 Delilah LLC ("DEBTOR")

This financing statement is filed pursuant to a Mortgage, Assignment of Leases and Rents and Security Agreement (the "**Mortgage**") dated August 14, 2018, from Debtor to Secured Party covering the following items of property whether now owned or held or hereafter acquired:

(i) the Premises (as set forth on Schedule A annexed hereto);

(ii) the Improvements;

(iii) the Intangibles;

(iv) the Contracts;

(v) the Permits;

(vi) the Plans;

(vii) the Chattels;

(viii) all proceeds of the conversion, voluntary or involuntary, of any of the foregoing into cash or liquidated claims, including, without limitation, proceeds of hazard, flood and title insurance and condemnation awards and any unearned premiums accrued, accruing or to accrue under any and all insurance policies now or hereafter obtained by Mortgagor, and all rights of Mortgagor to refunds of real estate taxes and assessments; and

(ix) all leases and lettings of the Premises, all subleases, lettings, licenses, and occupancy/possession agreements covering the Premises or any part thereof now or hereafter entered into and all right, title and interest of Mortgagor thereunder, including, without limitation, cash or securities deposited thereunder to secure performance by the lessees of their obligations thereunder, whether such cash or securities are to be held until the expiration of the terms of such leases or subleases or applied to one or more of the installments of rent coming due immediately prior to the expiration of such terms, including, the right upon the happening of an Event of Default, to receive and collect the rents thereunder, all in accordance with this Mortgage.

INSTRUMENT # 2018044905 E-RECORD PAGE 5 OF 5