PS Funding\701 W. Delilah Rd - 701 Delilah LLC\Adequate Protection Stipulation - Certification of Default - proposed Order

**CHARTWELL LAW**
John J. Winter, Esquire (JW-043481990)
Robert J. Murtaugh, Esquire (RM-007812001)
970 Rittenhouse Road, Suite 300
Eagleville, PA 19403
Telephone: (610) 666-7700
Attorneys for PS Funding, Inc.

**Order Filed on December 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | : UNITED STATES BANKRUPTCY COURT |
| **701 DELILAH LLC,** | : DISTRICT OF NEW JERSEY |
| Debtor. | : Trenton Vicinage |
| | : Chapter 11 Case No. 22-15452-MBK |
| **PS FUNDING, INC.,** | : Hearing Date: October 20, 2022, 10:00 A.M. |
| Movant, | : Responses Due: September 1, 2022 |
| v. | : |
| **701 DELILAH LLC,** | : Related to D.I. Nos. 26, 30, 31, 32, 36 |
| Respondent. | : |

Recommended Local Form:   X  Followed   ____ Modified

**ORDER ON CERTIFICATION OF DEFAULT UNDER STIPULATION AND ORDER RESOLVING MOTION, ALTERNATIVELY, FOR ADEQUATE PROTECTION, RELIEF FROM THE AUTOMATIC STAY, TO PROHIBIT OR CONDITION USE OF CASH COLLATERAL, OR DISMISSAL OF CASE, PURSUANT TO 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) AND (e), AND 1112(b), FILED ON BEHALF OF PS FUNDING, INC.**

The relief set forth on the following page, numbered two, is hereby ORDERED.

**DATED: December 22, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re 701 Delilah LLC, Chapter 11 Case No.
Order on Certification of Default Under Stipulation and Consent Order
Page Two

      **AND NOW,** to-wit, this _____ day of _____, 2022, upon consideration of the Certification of Default filed by PS Funding, Inc. ("PSF") with respect to that certain Stipulation and Order Resolving Motion Alternatively for Adequate Protection, Relief from the Automatic Stay, to Prohibit or Condition Use of Cash Collateral, or Dismissal of Case, Pursuant to 11 U.S.C. §§105(a), 361(2), 362(d)(1), 362(d)(2), 363(a), (c)(2) and (e), and 1112(b) (the "Stipulation", D.I. No. 32) as approved by Order of Court (the "Consent Order, D.I. No. 36), and appropriate notice having been given, it is hereby:

      **ORDERED** that it is hereby confirmed that, as set forth in paragraph 19 of the Stipulation, the automatic stay arising under 11 U.S.C. §362(a) is lifted and/or vacated with respect to PSF, effective December 17, 2022, due to PSF's having provided notice of default to the Debtor on December 7, 2022, and the Debtor having filed no contrary Certification with the Court, ten (10) days having then passed without Debtor's having cured existing defaults under the Stipulation; and it is hereby

      **FURTHER ORDERED** that a hearing on the Debtor's continued use of cash collateral is hereby scheduled for December ____, 2022, at ____ o'clock ___.m., with Debtor's counsel to give notice of such hearing to all interested parties.

Copies to:

John J. Winter, Esquire, Chartwell Law
970 Rittenhouse Road, Suite 300, Eagleville, PA 19403
e-mail: jwinter@chartwelllaw.com
*(Counsel for PS Funding, Inc.)*

Timothy Neumann, Esquire, Broege, Neumann, Fischer & Shaver LLC
25 Abe Voorhees Dr., Manasquan, NJ 08736
E-mail: timothy.neumann25@gmail.com
*(Debtor's Counsel)*

Alexandria Nikolinos, Esquire, Office of the United States Trustee
One Newark Center, Suite 2100, Newark, NJ 07102